IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                                                   **PLAINTIFF**

v.                                      No: 4:20-cv-01318 JM

**NEWBURN**                                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 15th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE